**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 17-21446-Civ-COOKE/GOODMAN**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

CEDENE BEAUBRUN, LAURIANA CAYO,
IDALIA CORVIL, RODY CHARLES,
SIMONE DELPHIN, FEDNA ESPERANCE
FENELUS, YVON GEORGES, JONATHAN
HOMILUS, CENOULIA LIFAUTE,
LUCKNER LINDOR, CLAUTAIRE D.
PETIT FRERE, MANIA TOUSSAINT,
STERLIN THELEMAQUE, CLAUDIA
VALLIERE, AND JEAN VIXAMAR,

      Intervenor-Plaintiffs

v.

SBEEG HOLDINGS, LLC, et. al,

      Defendants.
_____/

**INTERVENOR-PLAINTIFFS' RESPONSE TO JOINT MOTION
TO APPROVE THE CONSENT DECREE (D.E. 191)**

Intervenor-Plaintiffs, Cedene Beaubrun, Lauriana Cayo, Idalia Corvil, Rody Charles,

Simone Delphin, Fenda Esperance Fenelus, Yvon Georges, Jonathan Homilus, Cenoulia Lifaite,

Luckner Lindor, Clautaire D. Petit Frere, Mania Toussaint, Sterlin Thelemaque, Claudia Valliere,

and Jean Vixamar (collectively, "Intervenor-Plaintiffs"), by and through undersigned counsel,

**The Alderman Law Firm**
9999 NE 2nd Ave., Suite 211 ● Miami Shores, FL 33138 ● ph. 305.200.5473 ● fax 305.200.5474

hereby respond to the Joint Motion to Approve the Consent Decree (D.E. 191), and state as follows:

Intervenor-Plaintiffs are not parties to the Consent Decree or the Joint Motion to Approve the Consent Decree, and have no objection to the Court's approval and entry of such Consent Decree.  However, Intervenor-Plaintiffs are in the process of finalizing the resolution of their claims in this action.  For this reason, Intervenor-Plaintiffs respectfully request that the Court refrain from administratively closing this action without reserving jurisdiction as to the resolution of Intervenor-Plaintiffs' claims as well.

Respectfully submitted,

THE ALDERMAN LAW FIRM
*Attorneys for Intervenor-Plaintiffs*
9999 NE 2nd Avenue, Suite 211
Miami Shores, Florida 33138
Telephone: 305-200-5473
Facsimile: 305-200-5474
E-Mail:jalderman@thealdermanlawfirm.com

By: */s/ Jason R. Alderman*
Jason R. Alderman
Florida Bar No. 172375
Kristy M. Johnson
Florida Bar No. 144282
Troy A. Tolentino
Florida Bar No. 117981

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27[h] day of July, 2018, I electronically filed the foregoing documents with the Clerk of Courts using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jason R. Alderman*
Jason R. Alderman