UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21446-Civ-COOKE/GOODMAN

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

CEDENE BEAUBRUN, LAURIANA CAYO,
IDALIA CORVIL, RODY CHARLES,
SIMONE DELHIN, FEND ESPERANCE
FENULUS, YVON GEORGES, JONATHAN
HOMILUS, CENOULIA LIFAUTE,
LUCKNOR LINDOR, CLAUTAIRE D.
PETIT FRERE, MANIA TOUSSAINT,
STERLIN THELEMAQUE, CLAUDIA
VALLIERE, and JEAN VIXAMAR,

    Intervenor-Plaintiffs,

vs.

SBEEG HOLDINGS, LLC,
SBE RESTAURANT GROUP, LLC,
SPOONFUL MANAGEMENT MIAMI, LLC,
SBE HOTEL GROUP, LLC, SBEHG 1701
COLLINS MIAMI, LLC, SBE
ENTERTAINMENT GROUP, LLC,
1701 COLLINS (MIAMI) MANAGER, LLC,
1701 COLLINS (MIAMI) OPERATING
COMPANY, LLC doing business as SLS
Hotel South Beach and 1701 MIAMI
(OPERATOR), LLC,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE
## AND ADMINISTRATIVELY CLOSING CASE

THIS CASE is before me on the Plaintiff Equal Employment Opportunity Commission's ("EEOC") and Defendants Spoonful Management Miami, LLC's and SBEHG 1701 Collins Miami, LLC's (collectively the "SLS Hotel") Joint Motion to Approve the Consent Decree (ECF No. 191). I have reviewed the Joint Motion, the Consent Decree (ECF No. 191-1), as well as the Intervenor-Plaintiffs' Response to Joint

1

Motion to Approve Consent Decree (ECF No. 192). Being fully advised on the premises, it is hereby **ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion is **GRANTED**.
2. The parties' Consent Decree (ECF No 191-1) is **APPROVED and ENTERED**.
3. The entry of the Consent Decree resolves all claims asserted by the EEOC in their entirety. The Court shall retain jurisdiction over this matter to enforce the terms of the Consent Decree. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).
4. Each party shall bear its own attorney's fees and costs, except as otherwise specified in the parties' Consent Decree.
5. The Court shall retain jurisdiction to resolve the Intervenor-Plaintiffs' claims. Intervenor-Plaintiffs' and Defendants shall file a stipulation of final dismissal, or a motion for dismissal, within thirty (30) days of this Order. In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).
6. The Clerk shall **ADMINISTRATIVELY CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 27th day of July 2018.

*[signature]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*